Exhibit A: Distributions

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 1/1/2014 | | 14,760,643 |
| 107 | 6/1/2014 | | 310,218 |
| 107 | 12/9/2014 | | 11,883 |
| 5 | 12/9/2014 | | 19,669 |
| 5 | 12/11/2014 | | 16,085 |
| 5 | 4/1/2015 | | 17,157 |
| 5 | 4/1/2015 | Bank of America | 63,191 |
| 5 | 4/21/2015 | | -12,844 |
| 5 | 4/21/2015 | Bank of America | 55,207 |
| | | | 15,241,209 |