Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 5/1/2013 | Antonio Gonzales | 4,740 |
| 5 | 5/1/2013 | Francisco Fuentes Dias | 1,250 |
| 5 | 5/1/2013 | Jose Juvenal Rodriguez | 1,250 |
| 5 | 5/1/2013 | Juan Reyes | 2,550 |
| 5 | 5/1/2013 | Nicolas Paredes | 1,250 |
| 5 | 5/1/2013 | Teofilo Crosetto | 1,250 |
| 5 | 5/1/2013 | Mauro Mora | 2,650 |
| 5 | 5/1/2013 | Maria Ubeda | 2,500 |
| 5 | 5/1/2013 | Pine Tree Farmes Inc. | 25,000 |
| 5 | 5/1/2013 | Pine Tree Farmes Inc. | 30,000 |
| 5 | 5/1/2013 | Oscar Suarez | 1,000 |
| 5 | 5/1/2013 | Oscar Suarez | 800 |
| 5 | 5/1/2013 | Oscar Suarez | 1,000 |
| 5 | 5/1/2013 | Mary Carmakal | -1,530 |
| 5 | 5/10/2013 | HPC | 13,500 |
| 5 | 5/17/2013 | Antonio Gonzales | 3,960 |
| 5 | 5/17/2013 | Francisco Fuentes Dias | 1,250 |
| 5 | 5/17/2013 | Jose Juvenal Rodriguez | 1,250 |
| 5 | 5/17/2013 | Teofilo Crosetto | 1,250 |
| 5 | 5/17/2013 | Mauro Mora | 2,650 |
| 5 | 5/17/2013 | Maria Ubeda | 2,500 |
| 5 | 5/17/2013 | | -378 |
| 5 | 5/21/2013 | Palmetto Mills LLC | 260 |
| 5 | 5/21/2013 | FBB LLC | 540 |
| 5 | 5/21/2013 | Palmetto Mills LLC | 260 |
| 5 | 5/21/2013 | FBB LLC | 540 |
| 5 | 5/21/2013 | Palmetto Mills LLC | 1,040 |
| 5 | 5/28/2013 | Circuit of the Americas LLC | 43,750 |
| 5 | 5/28/2013 | | 135,000 |
| 5 | 5/28/2013 | Miguel Angel Torres | 6,250 |
| 5 | 5/29/2013 | County Line | 1,274 |
| 5 | 5/29/2013 | County Line | 530 |
| 5 | 5/29/2013 | County Line | 821 |
| 5 | 5/29/2013 | County Line | 446 |
| 5 | 5/29/2013 | County Line | 821 |
| 5 | 5/29/2013 | County Line | 1,599 |
| 5 | 5/29/2013 | County Line | 2,385 |
| 5 | 5/29/2013 | County Line | 1,117 |
| 5 | 5/29/2013 | County Line | 501 |
| 5 | 5/29/2013 | County Line | -501 |
| 5 | 5/29/2013 | County Line | 256 |
| 5 | 5/29/2013 | County Line | 256 |
| 5 | 5/29/2013 | County Line | -256 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 5/29/2013 | County Line | 230 |
| 5 | 5/30/2013 | Pine Tree Farmes Inc. | 25,000 |
| 5 | 5/30/2013 | Pine Tree Farmes Inc. | 30,000 |
| 5 | 5/30/2013 | Jeff Hall | 35,000 |
| 5 | 5/30/2013 | Stuart Erskine | 27,143 |
| 5 | 5/31/2013 | Francisco Fuentes Dias | 1,250 |
| 5 | 5/31/2013 | Jose Juvenal Rodriguez | 1,250 |
| 5 | 5/31/2013 | Teofilo Crosetto | 1,250 |
| 5 | 5/31/2013 | Mauro Mora | 2,650 |
| 5 | 5/31/2013 | Daniel Fernandez | 2,613 |
| 5 | 5/31/2013 | Breton Lynch Eubanks | -3,900 |
| 5 | 5/31/2013 | | 122,556 |
| 5 | 5/31/2013 | | -160,000 |
| 5 | 6/4/2013 | County Line | 255 |
| 5 | 6/4/2013 | Southeast Services of P.B. Inc. | 1,500 |
| 5 | 6/14/2013 | Francisco Fuentes Dias | 1,250 |
| 5 | 6/14/2013 | Jose Juvenal Rodriguez | 1,250 |
| 5 | 6/14/2013 | Nicolas Paredes | 1,250 |
| 5 | 6/14/2013 | Teofilo Crosetto | 1,250 |
| 5 | 6/14/2013 | Mauro Mora | 2,650 |
| 5 | 6/14/2013 | Maria Ubeda | 2,500 |
| 5 | 6/17/2013 | International Polo Connections | 12,000 |
| 5 | 6/17/2013 | Stuart Erskine | 10,000 |
| 5 | 6/17/2013 | Stuart Erskine | 20,000 |
| 5 | 6/18/2013 | Andrew T. Lott | 11,185 |
| 5 | 6/18/2013 | Andrew T. Lott | 980 |
| 5 | 6/18/2013 | Andrew T. Lott | 7,559 |
| 5 | 6/18/2013 | Andrew T. Lott | 6,229 |
| 5 | 6/18/2013 | Andrew T. Lott | 610 |
| 5 | 6/18/2013 | Andrew T. Lott | 320 |
| 5 | 6/18/2013 | Stuart Erskine | 20,000 |
| 5 | 6/19/2013 | Palmetto Mills LLC | 260 |
| 5 | 6/28/2013 | County Line | -255 |
| 5 | 6/28/2013 | Bluegrass | 255 |
| 5 | 6/28/2013 | County Line | 1,064 |
| 5 | 6/28/2013 | County Line | 1,177 |
| 5 | 6/28/2013 | County Line | 377 |
| 5 | 6/28/2013 | County Line | 659 |
| 5 | 6/28/2013 | Veronica Cecilia Fernandez | 5,000 |
| 5 | 6/28/2013 | Francisco Fuentes Dias | 1,250 |
| 5 | 6/28/2013 | Juan Reyes | 2,550 |
| 5 | 6/28/2013 | Teofilo Crosetto | 1,250 |
| 5 | 6/28/2013 | Maria Ubeda | 2,500 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 6/30/2013 | | 122,556 |
| 5 | 7/1/2013 | Sevillano Management Company | 50,000 |
| 5 | 7/1/2013 | Circuit of the Americas LLC | 43,700 |
| 5 | 7/1/2013 | Connie Matt | 6,250 |
| 5 | 7/1/2013 | Pine Tree Farmes Inc. | 70,000 |
| 5 | 7/3/2013 | | 80,000 |
| 5 | 7/5/2013 | Terrain Consulting, Inc. | 4,000 |
| 5 | 7/8/2013 | | 100,000 |
| 5 | 7/8/2013 | | 25,000 |
| 5 | 7/11/2013 | PRISA USA | 571 |
| 5 | 7/15/2013 | Stuart Erskine | 15,055 |
| 5 | 7/18/2013 | Stuart Erskine | 50,000 |
| 5 | 7/26/2013 | Dial M Productions | 7,250 |
| 5 | 7/26/2013 | Merryl Brown Events LLC | 26,000 |
| 5 | 7/31/2013 | | 20,000 |
| 5 | 7/31/2013 | Four Seasons Resort | 10,000 |
| 5 | 7/31/2013 | Four Seasons Resort | 19,220 |
| 5 | 7/31/2013 | | 122,556 |
| 5 | 7/31/2013 | | -20,000 |
| 5 | 8/2/2013 | Signature Parking | 713 |
| 5 | 8/2/2013 | Star Power Generators LLC | 2,301 |
| 5 | 8/2/2013 | SBPC | 1,500 |
| 5 | 8/2/2013 | Classic Party Rentals Inc. | 7,982 |
| 5 | 8/2/2013 | Classic Party Rentals Inc. | 3,572 |
| 5 | 8/2/2013 | Classic Party Rentals Inc. | 3,579 |
| 5 | 8/2/2013 | Classic Party Rentals Inc. | 800 |
| 5 | 8/2/2013 | Classic Party Rentals Inc. | 1,086 |
| 5 | 8/2/2013 | Classic Party Rentals Inc. | 75 |
| 5 | 8/6/2013 | | 50,000 |
| 5 | 8/6/2013 | Pine Tree Farmes Inc. | 70,000 |
| 5 | 8/7/2013 | Capital One | 50 |
| 5 | 8/7/2013 | Capital One | 761 |
| 5 | 8/13/2013 | Palmetto Mills LLC | 520 |
| 5 | 8/13/2013 | Capital One | 241 |
| 5 | 8/14/2013 | SR Hogue & Company | 1,000 |
| 5 | 8/14/2013 | Images by Lighting LLC | 1,750 |
| 5 | 8/20/2013 | Winfield Solutions LLC | 4,884 |
| 5 | 8/20/2013 | Mission Security & Patrol | 708 |
| 5 | 8/20/2013 | Rrivre Works Inc. | 64,000 |
| 5 | 8/20/2013 | The Village Gardener | 1,330 |
| 5 | 8/20/2013 | Dj Derek Monteiro | 2,000 |
| 5 | 8/20/2013 | 721 Productions | 16,000 |
| 5 | 8/21/2013 | SBPC | 2,250 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---:|---|---:|---:|
| 5 | 8/21/2013 | Stuart Erskine | 10,000 |
| 5 | 8/21/2013 | Stuart Erskine | 15,000 |
| 5 | 8/21/2013 | Stuart Erskine | 20,000 |
| 5 | 8/21/2013 | Dial M Productions | 7,250 |
| 5 | 8/23/2013 | Winfield Solutions LLC | 5,664 |
| 5 | 8/23/2013 | SR Hogue & Company | 6,000 |
| 5 | 8/23/2013 | Miguel Fairbanks | 2,500 |
| 5 | 8/23/2013 | Merryl Brown Events LLC | 7,628 |
| 5 | 8/23/2013 | Classic Party Rentals Inc. | 3,220 |
| 5 | 8/23/2013 | Felipe Castaneda | 450 |
| 5 | 8/23/2013 | Issac Hernandex Photography | 2,200 |
| 5 | 8/26/2013 | 721 Productions | 3,000 |
| 5 | 8/26/2013 | Kathy Linfoot | 250 |
| 5 | 8/30/2013 | SBPC | 26,347 |
| 5 | 8/30/2013 | 721 Productions | 1,250 |
| 5 | 8/30/2013 | SR Hogue & Company | 2,996 |
| 5 | 8/30/2013 | Rrivre Works Inc. | 19,663 |
| 5 | 8/30/2013 | Kim Kumpart Photography | 325 |
| 5 | 8/30/2013 | Smoke N' Sticks | 1,000 |
| 5 | 8/31/2013 | | 20,000 |
| 5 | 8/31/2013 | | 122,556 |
| 5 | 8/31/2013 | | -20,000 |
| 5 | 9/3/2013 | Steinhauser's | 927 |
| 5 | 9/3/2013 | Steinhauser's | 640 |
| 5 | 9/4/2013 | Capital One | 7,536 |
| 5 | 9/6/2013 | Stuart Erskine | 12,982 |
| 5 | 9/9/2013 | Mission Security & Patrol | 177 |
| 5 | 9/9/2013 | Smoke N' Sticks | 250 |
| 5 | 9/9/2013 | Rrivre Works Inc. | 1,050 |
| 5 | 9/9/2013 | Classic Party Rentals Inc. | 2,775 |
| 5 | 9/9/2013 | Merryl Brown Events LLC | 10,202 |
| 5 | 9/9/2013 | Four Seasons Resort | 10,079 |
| 5 | 9/9/2013 | Signature Parking | 535 |
| 5 | 9/10/2013 | Capital One | 7,000 |
| 5 | 9/13/2013 | Performance Publishing | 1,315 |
| 5 | 9/16/2013 | Steinhauser's | 551 |
| 5 | 9/17/2013 | Steinhauser's | 67 |
| 5 | 9/19/2013 | Steinhauser's | 274 |
| 5 | 9/21/2013 | Steinhauser's | 1,289 |
| 5 | 9/23/2013 | Steinhauser's | 6,112 |
| 5 | 9/23/2013 | Steinhauser's | 495 |
| 5 | 9/24/2013 | Steinhauser's | 108 |
| 5 | 9/24/2013 | Steinhauser's | 602 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 9/25/2013 | Steinhauser's | 132 |
| 5 | 9/26/2013 | Steinhauser's | 29 |
| 5 | 9/26/2013 | Steinhauser's | 116 |
| 5 | 9/27/2013 | HPC | 4,500 |
| 5 | 9/27/2013 | Steinhauser's | 385 |
| 5 | 9/30/2013 | | 122,556 |
| 5 | 9/30/2013 | Steinhauser's | 6,428 |
| 5 | 9/30/2013 | Steinhauser's | 153 |
| 5 | 10/1/2013 | Felipe Vercellino Martinez | 10,000 |
| 5 | 10/1/2013 | Jose Donoso | 10,000 |
| 5 | 10/1/2013 | Jason Crowder | 15,000 |
| 5 | 10/1/2013 | Pine Tree Farmes Inc. | 25,000 |
| 5 | 10/1/2013 | Pine Tree Farmes Inc. | 30,000 |
| 5 | 10/3/2013 | | 75,000 |
| 5 | 10/3/2013 | Steinhauser's | 1,665 |
| 5 | 10/3/2013 | Steinhauser's | 48 |
| 5 | 10/4/2013 | Steinhauser's | 1,226 |
| 5 | 10/5/2013 | Steinhauser's | 30 |
| 5 | 10/5/2013 | Steinhauser's | 6,085 |
| 5 | 10/7/2013 | Steinhauser's | 92 |
| 5 | 10/7/2013 | Steinhauser's | 193 |
| 8 | 10/8/2013 | Steinhauser's | 436 |
| 5 | 10/9/2013 | PRISA USA | 1,185 |
| 5 | 10/12/2013 | Steinhauser's | 344 |
| 5 | 10/12/2013 | Steinhauser's | 156 |
| 5 | 10/13/2013 | Steinhauser's | 236 |
| 5 | 10/13/2013 | Steinhauser's | 5,550 |
| 5 | 10/15/2013 | Jason Crowder | 15,000 |
| 5 | 10/15/2013 | Connie Matt | 6,250 |
| 5 | 10/15/2013 | Stuart Erskine | 27,982 |
| 5 | 10/15/2013 | Steinhauser's | 402 |
| 5 | 10/15/2013 | Steinhauser's | 81 |
| 5 | 10/16/2013 | Steinhauser's | 327 |
| 5 | 10/17/2013 | Steinhauser's | 1,860 |
| 5 | 10/18/2013 | Four Seasons Resort | 5,332 |
| 5 | 10/21/2013 | Steinhauser's | 7,672 |
| 5 | 10/21/2013 | Steinhauser's | 282 |
| 5 | 10/22/2013 | Andrew T. Lott | 245 |
| 5 | 10/25/2013 | Steinhauser's | 127 |
| 5 | 10/26/2013 | Steinhauser's | 5,499 |
| 5 | 10/29/2013 | Steinhauser's | 2,741 |
| 5 | 10/29/2013 | Andrew T. Lott | 772 |
| 5 | 10/30/2013 | Executive Suites Relocation | 2,730 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 10/30/2013 | Executive Suites Relocation | 3,625 |
| 5 | 10/30/2013 | Executive Suites Relocation | 3,105 |
| 5 | 10/31/2013 | Felipe Vercellino Martinez | 5,000 |
| 5 | 10/31/2013 | Jose Donoso | 5,000 |
| 5 | 10/31/2013 | Jason Crowder | 15,000 |
| 5 | 10/31/2013 | Hay Connection Distribution | 66,613 |
| 5 | 11/6/2013 | Pierre Claeyssens Veterans Museum | 750 |
| 5 | 11/8/2013 | Fix SBC | 3,000 |
| 5 | 11/13/2013 | Stuart Erskine | 27,982 |
| 5 | 11/15/2013 | SBPC | 15,000 |
| 5 | 11/25/2013 | Elordi Training Stables | 2,000 |
| 5 | 11/25/2013 | Bonni Roybal | 325 |
| 5 | 11/25/2013 | SBPC | 687 |
| 5 | 11/27/2013 | Connie Matt | 3,125 |
| 5 | 11/30/2013 | Mary Carmakal | 5,497 |
| 5 | 12/4/2013 | HPC | 4,500 |
| 5 | 12/4/2013 | PRISA USA | 1,235 |
| 5 | 12/4/2013 | The Tackeria | 381 |
| 5 | 12/4/2013 | Harry E. Hagen-Treas/Collector | 2,278 |
| 5 | 12/4/2013 | Harry E. Hagen-Treas/Collector | 57,988 |
| 5 | 12/4/2013 | Harry E. Hagen-Treas/Collector | 12,432 |
| 5 | 12/8/2013 | The Tackeria | 152 |
| 5 | 12/10/2013 | Golf Cottages II Condominium Assoc | 100 |
| 5 | 12/10/2013 | A&G Management Services | 150 |
| 5 | 12/13/2013 | Cali GHP | 500 |
| 5 | 12/14/2013 | The Tackeria | 185 |
| 5 | 12/16/2013 | Stuart Erskine | 27,982 |
| 5 | 12/21/2013 | The Tackeria | 201 |
| 5 | 12/23/2013 | Bluegrass | 9,500 |
| 5 | 12/26/2013 | Andrew T. Lott | 800 |
| 5 | 1/1/2014 | Mary Carmakal | 10,490 |
| 5 | 1/1/2014 | Bluegrass | 9,500 |
| 5 | 1/2/2014 | Energy Parnters Fund | 2,500 |
| 5 | 1/2/2014 | The Tackeria | 111 |
| 5 | 1/6/2014 | Palmetto Mills LLC | 420 |
| 5 | 1/6/2014 | County Line | 1,308 |
| 5 | 1/13/2014 | County Line | 799 |
| 5 | 1/13/2014 | County Line | 324 |
| 5 | 1/13/2014 | County Line | 3,935 |
| 5 | 1/14/2014 | FBB LLC | 540 |
| 5 | 1/14/2014 | Oscar Suarez | 1,400 |
| 5 | 1/15/2014 | Wesley Carrillo | 1,250 |
| 5 | 1/15/2014 | Saul Ramos Martinez | 1,250 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 1/15/2014 | Laureano Echezarrela | 2,250 |
| 5 | 1/15/2014 | Martin Munoz | 2,775 |
| 5 | 1/15/2014 | Nicolas Paredes | 1,250 |
| 5 | 1/15/2014 | Maria Ubeda | 2,500 |
| 5 | 1/16/2014 | The Tackeria | 214 |
| 5 | 1/17/2014 | IPC LLC | 20,864 |
| 5 | 1/20/2014 | Eddinger's Pest Control | 318 |
| 5 | 1/20/2014 | County Line | 2,568 |
| 5 | 1/20/2014 | County Line | 2,090 |
| 5 | 1/20/2014 | County Line | 1,366 |
| 5 | 1/20/2014 | Stuart Erskine | 27,982 |
| 5 | 1/20/2014 | AC&R Polo Corporation | 60,400 |
| 5 | 1/20/2014 | The Tackeria | 172 |
| 5 | 1/21/2014 | Palmetto Mills LLC | 420 |
| 5 | 1/21/2014 | Jose Donoso | 16,461 |
| 5 | 1/21/2014 | Jose Donoso | 16,461 |
| 5 | 1/21/2014 | Jose Donoso | 16,461 |
| 5 | 1/21/2014 | Jose Donoso | 16461 |
| 5 | 1/21/2014 | Felipe Vercellino Martinez | 11,591 |
| 5 | 1/21/2014 | Felipe Vercellino Martinez | 11,591 |
| 5 | 1/21/2014 | Felipe Vercellino Martinez | 11,591 |
| 5 | 1/21/2014 | Felipe Vercellino Martinez | 11,591 |
| 5 | 1/21/2014 | | -16,461 |
| 5 | 1/21/2014 | | -16,461 |
| 5 | 1/21/2014 | | -16,461 |
| 5 | 1/21/2014 | | -11,591 |
| 5 | 1/21/2014 | | -11,591 |
| 5 | 1/21/2014 | | -11,591 |
| 5 | 1/22/2014 | TGS Stall Services Inc. | 7,000 |
| 5 | 1/23/2014 | Terrain Consulting, Inc. | 1,250 |
| 5 | 1/23/2014 | Point of Action | 704 |
| 5 | 1/24/2014 | | 37,500 |
| 5 | 1/24/2014 | The Tackeria | 98 |
| 5 | 1/25/2014 | Garcia Brothers Inc. | 11,875 |
| 5 | 1/27/2014 | Andrew T. Lott | 680 |
| 5 | 1/27/2014 | | 22,500 |
| 5 | 1/28/2014 | Wesley Carrillo | 1,250 |
| 5 | 1/28/2014 | Saul Ramos Martinez | 1,250 |
| 5 | 1/28/2014 | Laureano Echezarrela | 2,250 |
| 5 | 1/28/2014 | Martin Munoz | 2,775 |
| 5 | 1/28/2014 | Nicolas Paredes | 1,250 |
| 5 | 1/28/2014 | Maria Ubeda | 2,500 |
| 5 | 1/28/2014 | Veronica Cecilia Fernandez | 5,000 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 1/28/2014 | Palmetto Mills LLC | 420 |
| 5 | 1/29/2014 | FBB LLC | 509 |
| 5 | 1/29/2014 | FBB LLC | 31 |
| 5 | 1/30/2014 | The Tackeria | 233 |
| 5 | 1/31/2014 | Rrivre Works Inc. | 10,730 |
| 5 | 1/31/2014 | Rrivre Works Inc. | -10,730 |
| 5 | 1/31/2014 | Terrain Consulting, Inc. | 9,898 |
| 5 | 1/31/2014 | Oscar Suarez | 1,400 |
| 5 | 1/31/2014 | County Line | 3,619 |
| 5 | 1/31/2014 | County Line | 906 |
| 5 | 1/31/2014 | County Line | 3,935 |
| 5 | 1/31/2014 | County Line | 649 |
| 5 | 1/31/2014 | County Line | 1,040 |
| 5 | 1/31/2014 | Oscar Suarez | 1,400 |
| 5 | 1/31/2014 | FBB LLC | 376 |
| 5 | 1/31/2014 | County Line | 1,500 |
| 5 | 1/31/2014 | IPC LLC | 10,150 |
| 5 | 1/31/2014 | County Line | 821 |
| 5 | 1/31/2014 | County Line | 850 |
| 5 | 2/1/2014 | | -27,500 |
| 5 | 2/3/2014 | John Deere Landscapes | 1,475 |
| 5 | 2/3/2014 | Port Mayaca Polo Club Inc. | 3,000 |
| 5 | 2/3/2014 | Palmetto Mills LLC | 280 |
| 5 | 2/4/2014 | County Line | 190 |
| 5 | 2/5/5204 | The Tackeria | 240 |
| 5 | 2/5/5204 | The Tackeria | 239 |
| 5 | 2/5/5204 | AC&R Polo Corporation | 50,000 |
| 5 | 2/6/2014 | County Line | 1,326 |
| 5 | 2/6/2014 | County Line | 1,590 |
| 5 | 2/6/2014 | County Line | -1,590 |
| 5 | 2/6/2014 | County Line | 1,546 |
| 5 | 2/6/2014 | Palmetto Mills LLC | 442 |
| 5 | 2/7/2014 | County Line | 3,935 |
| 5 | 2/8/2014 | The Tackeria | 103 |
| 5 | 2/9/2014 | FBB LLC | 540 |
| 5 | 2/10/2014 | Oscar Suarez | 1,500 |
| 5 | 2/10/2014 | Palmetto Mills LLC | 280 |
| 5 | 2/11/2014 | The Tackeria | 191 |
| 5 | 2/11/2014 | The Tackeria | 144 |
| 5 | 2/13/2014 | County Line | 1,201 |
| 5 | 2/13/2014 | The Tackeria | 318 |
| 5 | 2/14/2014 | Stuart Erskine | 27,982 |
| 5 | 2/14/2014 | Capital One | 182 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 2/15/2014 | Wesley Carrillo | 1,250 |
| 5 | 2/15/2014 | Saul Ramos Martinez | 1,250 |
| 5 | 2/15/2014 | Laureano Echezarrela | 2,250 |
| 5 | 2/15/2014 | Martin Munoz | 2,775 |
| 5 | 2/15/2014 | Nicolas Paredes | 1,250 |
| 5 | 2/15/2014 | Maria Ubeda | 2,500 |
| 5 | 2/15/2014 | Laureano Echezarrela | 2,872 |
| 5 | 2/15/2014 | Capital One | 48 |
| 5 | 2/16/2014 | Carlos Pravaz | 2,584 |
| 5 | 2/17/2014 | Palmetto Mills LLC | 560 |
| 5 | 2/17/2014 | Eddinger's Pest Control | 318 |
| 5 | 2/17/2014 | The Tackeria | 305 |
| 5 | 2/18/2014 | Martin Munoz | 220 |
| 5 | 2/18/2014 | County Line | 744 |
| 5 | 2/18/2014 | County Line | 1,854 |
| 5 | 2/18/2014 | County Line | 18 |
| 5 | 2/18/2014 | The Tackeria | 580 |
| 5 | 2/19/2014 | Capital One | 7,255 |
| 5 | 2/19/2014 | County Line | 430 |
| 5 | 2/19/2014 | Capital One | 27 |
| 5 | 2/19/2014 | Capital One | 314 |
| 5 | 2/20/2014 | FBB LLC | 540 |
| 5 | 2/21/2014 | | 11,591 |
| 5 | 2/21/2014 | | 19,318 |
| 5 | 2/23/2014 | The Tackeria | 412 |
| 5 | 2/23/2014 | The Tackeria | 239 |
| 5 | 2/23/2014 | Stephanie Schwartz | 900 |
| 5 | 2/23/2014 | Capital One | 26 |
| 5 | 2/24/2014 | Capital One | 471 |
| 5 | 2/24/2014 | Capital One | 786 |
| 5 | 1/25/2014 | The Council On Alcohol & Drugs | 15,000 |
| 5 | 1/25/2014 | Hunter Administration LLC | 19,750 |
| 5 | 1/25/2014 | Bonnie Lundberg | 635 |
| 5 | 1/25/2014 | The Council On Alcohol & Drugs | -15,000 |
| 5 | 2/26/2014 | Capital One | 50 |
| 5 | 2/26/2014 | Capital One | 439 |
| 5 | 2/27/2014 | Palmetto Mills LLC | 420 |
| 5 | 2/27/2014 | Capital One | 600 |
| 5 | 2/28/2014 | Veronica Cecilia Fernandez | 5,000 |
| 5 | 2/28/2014 | Laureano Echezarrela | 2,250 |
| 5 | 2/28/2014 | Martin Munoz | 2,775 |
| 5 | 2/28/2014 | Maria Ubeda | 2,500 |
| 5 | 2/28/2014 | Nicolas Paredes | 1,250 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 2/28/2014 | Saul Ramos Martinez | 1,250 |
| 5 | 2/28/2014 | Wesley Carrillo | 1,250 |
| 5 | 2/28/2014 | County Line | 76 |
| 5 | 2/28/2014 | No-Trax Inc. | 659 |
| 5 | 2/28/2014 | The Tackeria | 955 |
| 5 | 2/28/2014 | Andrew T. Lott | 9,318 |
| 5 | 2/28/2014 | Capital One | 229 |
| 5 | 2/28/2014 | SBPC | 50,000 |
| 5 | 3/2/2014 | Capital One | 454 |
| 5 | 3/2/2014 | Capital One | 990 |
| 5 | 3/3/2014 | blu302 Inc. | 1,500 |
| 5 | 3/3/2014 | Steinhauser's | 200 |
| 5 | 3/4/2014 | Capital One | 143 |
| 5 | 3/5/2014 | JL Appliance Repair Service | 392 |
| 5 | 3/5/2014 | AC&R Polo Corporation | 29,136 |
| 5 | 3/5/2014 | | 75,000 |
| 5 | 3/5/2014 | Capataz Polo Inc. | 75,000 |
| 5 | 3/6/2014 | Palmetto Mills LLC | 280 |
| 5 | 3/6/2014 | County Line | 269 |
| 5 | 3/7/2014 | Mainely Mirror | 1,550 |
| 5 | 3/7/2014 | FBB LLC | 540 |
| 5 | 3/7/2014 | County Line | 858 |
| 5 | 3/7/2014 | | 20,000 |
| 5 | 3/7/2014 | | 53,100 |
| 5 | 3/7/2014 | Oscar Suarez | 1,100 |
| 5 | 3/10/2014 | Rufino Castillo Lanza | 620 |
| 5 | 3/10/2014 | The Tackeria | 448 |
| 5 | 3/10/2014 | Capital One | -435 |
| 5 | 3/11/2014 | Bronte Reynolds | 12,500 |
| 5 | 3/11/2014 | Bronte Reynolds | 1,500 |
| 5 | 3/11/2014 | Capital One | 52 |
| 5 | 3/12/2014 | Technoliving | 5,227 |
| 5 | 3/12/2014 | Luis Carlos Lopez | 140 |
| 5 | 3/12/2014 | County Line | 519 |
| 5 | 3/12/2014 | Capital One | 304 |
| 5 | 3/12/2014 | Capital One | 496 |
| 5 | 3/13/2014 | County Line | 256 |
| 5 | 3/13/2014 | Palmetto Mills LLC | 420 |
| 5 | 3/14/2014 | Doug Du Priest and Rogena Degga | 12,000 |
| 5 | 3/14/2014 | Doug Du Priest and Rogena Degga | 800 |
| 5 | 3/14/2014 | Doug Du Priest and Rogena Degga | 200 |
| 5 | 3/14/2014 | | 12,338 |
| 5 | 3/14/2014 | Stuart Erskine | 27,982 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 3/14/2014 | Fermin Micheo | 2,001 |
| 5 | 3/15/2014 | Laureano Echezarrela | 2,250 |
| 5 | 3/15/2014 | Martin Munoz | 2,775 |
| 5 | 3/15/2014 | Maria Ubeda | 2,500 |
| 5 | 3/15/2014 | Nicolas Paredes | 1,250 |
| 5 | 3/15/2014 | Saul Ramos Martinez | 1,250 |
| 5 | 3/15/2014 | Wesley Carrillo | 1,250 |
| 5 | 3/15/2014 | Dave VanZwieten Inc. | 1,232 |
| 5 | 3/15/2014 | Laureano Echezarrela | 1,012 |
| 5 | 3/15/2014 | Oscar Suarez | 1,000 |
| 5 | 3/17/2014 | County Line | 775 |
| 5 | 3/17/2014 | County Line | 201 |
| 5 | 3/17/2014 | Eddinger's Pest Control | 318 |
| 5 | 3/18/2014 | | 10,000 |
| 5 | 3/19/2014 | Joe Bertolami | 2,900 |
| 5 | 3/21/2014 | Carlos Pravaz | 700 |
| 5 | 3/21/2014 | Carlos Pravaz | 2,004 |
| 5 | 3/21/2014 | County Line | 517 |
| 5 | 3/21/2014 | | 11,591 |
| 5 | 3/21/2014 | | 19,318 |
| 5 | 3/23/2014 | Luis Carlos Lopez | 560 |
| 5 | 3/23/2014 | Andrew T. Lott | 3,589 |
| 5 | 3/23/2014 | Andrew T. Lott | -981 |
| 5 | 3/23/2014 | Capital One | 366 |
| 5 | 3/24/2014 | County Line | 397 |
| 5 | 3/24/2014 | Atlantic Filter Corporation | 135 |
| 5 | 3/24/2014 | | 3,000 |
| 5 | 3/25/2014 | Joe Bertolami | 860 |
| 5 | 3/25/2014 | County Line | 338 |
| 5 | 3/25/2014 | Oscar Suarez | 420 |
| 5 | 3/27/2014 | Bluegrass | 2,540 |
| 5 | 3/27/2014 | Palmetto Mills LLC | 2,540 |
| 5 | 3/27/2014 | County Line | 687 |
| 5 | 3/27/2014 | The Tackeria | 395 |
| 5 | 3/30/2014 | Oscar Suarez | 350 |
| 5 | 3/31/2014 | Veronica Cecilia Fernandez | 5,000 |
| 5 | 3/31/2014 | Juan Barreto | 1,250 |
| 5 | 3/31/2014 | Laureano Echezarrela | 2,250 |
| 5 | 3/31/2014 | Martin Munoz | 2,775 |
| 5 | 3/31/2014 | Maria Ubeda | 2,500 |
| 5 | 3/31/2014 | Saul Ramos Martinez | 1,250 |
| 5 | 3/31/2014 | Wesley Carrillo | 1,250 |
| 5 | 3/31/2014 | Polaris West/Katy West Suzuki | 8,943 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 3/31/2014 | Steinhauser's | 4,025 |
| 5 | 4/1/2014 | | 100,000 |
| 5 | 4/2/2014 | Point of Action | 980 |
| 5 | 4/2/2014 | Terrain Consulting, Inc. | 10,168 |
| 5 | 4/2/2014 | Oscar Suarez | 1,500 |
| 5 | 4/2/2014 | Steinhauser's | 167 |
| 5 | 4/3/2014 | Steinhauser's | 743 |
| 5 | 4/3/2014 | Steinhauser's | 295 |
| 5 | 4/3/2014 | Capital One | 75 |
| 5 | 4/3/2014 | Capital One | 1,861 |
| 5 | 4/7/2014 | Steinhauser's | 4,126 |
| 5 | 4/7/2014 | Steinhauser's | 384 |
| 5 | 4/8/2014 | Steinhauser's | 22 |
| 5 | 4/9/2014 | Steinhauser's | 297 |
| 5 | 4/11/2014 | Steinhauser's | 3,615 |
| 5 | 4/11/2014 | Steinhauser's | 66 |
| 5 | 4/12/2014 | Capital One | 69 |
| 5 | 4/12/2014 | Capital One | 280 |
| 5 | 4/13/2014 | Andrew T. Lott | 260 |
| 5 | 4/13/2014 | Steinhauser's | 134 |
| 5 | 4/14/2014 | | 16,000 |
| 5 | 4/14/2014 | Steinhauser's | 3,682 |
| 5 | 4/14/2014 | Capital One | 50 |
| 5 | 4/14/2014 | Capital One | 440 |
| 5 | 4/15/2014 | Juan Barreto | 1,250 |
| 5 | 4/15/2014 | Maria Ubeda | 2,500 |
| 5 | 4/15/2014 | Martin Munoz | 2,775 |
| 5 | 4/15/2014 | Oscar Suarez | 1,000 |
| 5 | 4/15/2014 | Steinhauser's | 225 |
| 5 | 4/16/2014 | Stuart Erskine | 27,982 |
| 5 | 4/16/2014 | Capital One | 50 |
| 5 | 4/16/2014 | Capital One | 884 |
| 5 | 4/17/2014 | Capital One | 2,382 |
| 5 | 4/18/2014 | Steinhauser's | 449 |
| 5 | 4/21/2014 | | 11,591 |
| 5 | 4/21/2014 | | 19,318 |
| 5 | 4/21/2014 | Steinhauser's | 4,023 |
| 5 | 4/21/2014 | Steinhauser's | 83 |
| 5 | 4/24/2014 | Steinhauser's | 116 |
| 5 | 4/24/2014 | Steinhauser's | 96 |
| 5 | 4/24/2014 | Steinhauser's | 187 |
| 5 | 4/25/2014 | Steinhauser's | 1,038 |
| 5 | 4/26/2014 | Steinhauser's | 46 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---:|---|---:|---:|
| 5 | 4/28/2014 | Steinhauser's | 3,819 |
| 5 | 4/28/2014 | Steinhauser's | 92 |
| 5 | 4/30/2014 | Veronica Cecilia Fernandez | 5,000 |
| 5 | 4/30/2014 | Juan Barreto | 1,250 |
| 5 | 4/30/2014 | Maria Ubeda | 2,500 |
| 5 | 4/30/2014 | Martin Munoz | 2,775 |
| 5 | 4/30/2014 | Southeast Services of P.B. Inc. | 1,500 |
| 5 | 4/30/2014 | Steinhauser's | 62 |
| 5 | 4/30/2014 | Sealy Concrete Inc. | 1,050 |
| 5 | 5/1/2014 | | 80,000 |
| 5 | 5/1/2014 | | 16,000 |
| 5 | 5/2/2014 | Steinhauser's | 298 |
| 5 | 5/3/2014 | Steinhauser's | 149 |
| 5 | 5/3/2014 | Steinhauser's | 54 |
| 5 | 5/5/2014 | Memorial Park Conservancy Inc. | 1,500 |
| 5 | 5/5/2014 | Martin Munoz | 348 |
| 5 | 5/5/2014 | Steinhauser's | 4,357 |
| 5 | 5/6/2014 | Jackson Hole | 601 |
| 5 | 5/6/2014 | Steinhauser's | 35 |
| 5 | 5/7/2014 | PRISA USA | 4,343 |
| 5 | 5/7/2014 | Steinhauser's | 1,144 |
| 5 | 5/7/2014 | Laureano Echezarrela | 45 |
| 5 | 5/8/2014 | Steinhauser's | 29 |
| 5 | 5/8/2014 | Steinhauser's | 95 |
| 5 | 5/9/2014 | Capital One | 2,304 |
| 5 | 5/11/2014 | Bonni Roybal | 100 |
| 5 | 5/12/2014 | Steinhauser's | 4,512 |
| 5 | 5/13/2014 | Steinhauser's | 52 |
| 5 | 5/14/2014 | Steinhauser's | 198 |
| 5 | 5/14/2014 | Andrew T. Lott | 2,875 |
| 5 | 5/14/2014 | Andrew T. Lott | -2,684 |
| 5 | 5/15/2014 | Juan Barreto | 1,250 |
| 5 | 5/15/2014 | Maria Ubeda | 2,500 |
| 5 | 5/15/2014 | Martin Munoz | 2,775 |
| 5 | 5/15/2014 | Stuart Erskine | 27,982 |
| 5 | 5/15/2014 | | 16,000 |
| 5 | 5/15/2014 | Steinhauser's | 76 |
| 5 | 5/15/2014 | Steinhauser's | 32 |
| 5 | 5/16/2014 | Steinhauser's | 1,039 |
| 5 | 5/16/2014 | Capital One | 9,235 |
| 5 | 5/16/2014 | Capital One | 75 |
| 5 | 5/16/2014 | Capital One | 75 |
| 5 | 5/16/2014 | Capital One | 1,693 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 5/16/2014 | Capital One | 2,012 |
| 5 | 5/17/2014 | Bluegrass | 9,700 |
| 5 | 5/19/2014 | Steinhauser's | 4,325 |
| 5 | 5/19/2014 | Steinhauser's | 475 |
| 5 | 5/19/2014 | Steinhauser's | 5,097 |
| 5 | 5/19/2014 | Capital One | 75 |
| 5 | 5/21/2014 | | 11,591 |
| 5 | 5/21/2014 | | 19,318 |
| 5 | 5/22/2014 | Steinhauser's | 47 |
| 5 | 5/23/2014 | | -19,318 |
| 5 | 5/25/2014 | Mountain Horses Trading Co. | 7,700 |
| 5 | 5/25/2014 | Steinhauser's | 293 |
| 5 | 5/25/2014 | Oscar Suarez | 1,200 |
| 5 | 5/25/2014 | Capital One | 17 |
| 5 | 5/25/2014 | Capital One | 199 |
| 5 | 5/25/2014 | Capital One | 1,924 |
| 5 | 5/26/2014 | Steinhauser's | 5,465 |
| 5 | 5/26/2014 | Capital One | 776 |
| 5 | 5/26/2014 | Capital One | 776 |
| 5 | 5/26/2014 | Capital One | 1,593 |
| 5 | 5/26/2014 | Capital One | 1,802 |
| 5 | 5/27/2014 | Capital One | 128 |
| 5 | 5/27/2014 | Elordi Training Stables | 1,500 |
| 5 | 5/28/2014 | Hunter Administration LLC | 3,975 |
| 5 | 5/28/2014 | Steinhauser's | 45 |
| 5 | 5/28/2014 | Capital One | 340 |
| 5 | 5/29/2014 | Steinhauser's | 124 |
| 5 | 5/29/2014 | Steinhauser's | 1,783 |
| 5 | 5/29/2014 | Steinhauser's | -980 |
| 5 | 5/29/2014 | Capital One | 132 |
| 5 | 5/29/2014 | Capital One | 617 |
| 5 | 5/29/2014 | Capital One | 681 |
| 5 | 5/30/2014 | Veronica Cecilia Fernandez | 5,000 |
| 5 | 5/30/2014 | Juan Barreto | 1,250 |
| 5 | 5/30/2014 | Martin Munoz | 2,775 |
| 5 | 5/30/2014 | Maria Ubeda | 2,500 |
| 5 | 5/30/2014 | Martin Munoz | 882 |
| 5 | 5/31/2014 | Mountain Horses Trading Co. | 1,600 |
| 5 | 5/31/2014 | Steinhauser's | 54 |
| 5 | 6/2/2014 | | 16,000 |
| 5 | 6/2/2014 | | 19,318 |
| 5 | 6/3/2014 | Mariano Vera | 1,000 |
| 5 | 6/3/2014 | Casa Del Sol | 8,250 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 6/3/2014 | Terry Witherspoon | 1,280 |
| 5 | 6/4/2014 | Capital One | 175 |
| 5 | 6/4/2014 | Capital One | 175 |
| 5 | 6/5/2014 | Sealy Concrete Inc. | 6,000 |
| 5 | 6/5/2014 | Jackson Hole | 575 |
| 5 | 6/5/2014 | Jackson Hole | -575 |
| 5 | 6/5/2014 | Jackson Hole | 575 |
| 5 | 6/6/2014 | | 20,000 |
| 5 | 6/6/2014 | | 100,000 |
| 5 | 6/6/2014 | Sebastian Merlos Rojo | 100,000 |
| 5 | 6/6/2014 | Sebastian Merlos Rojo | 200,000 |
| 5 | 6/6/2014 | Agustin Merlos Sanchez | 100,000 |
| 5 | 6/6/2014 | Agustin Merlos Sanchez | 200,000 |
| 5 | 6/6/2014 | | -100,000 |
| 5 | 6/6/2014 | | -100,000 |
| 5 | 6/6/2014 | | -200,000 |
| 5 | 6/7/2014 | Laureano Echezarrela | 3,812 |
| 5 | 6/7/2014 | Sealy Concrete Inc. | 5,543 |
| 5 | 6/7/2014 | Steinhauser's | 180 |
| 5 | 6/7/2014 | Jackson Hole | 642 |
| 5 | 6/9/2014 | Steinhauser's | 3,893 |
| 5 | 6/9/2014 | Steinhauser's | -1,015 |
| 5 | 6/9/2014 | Steinhauser's | 35 |
| 5 | 6/10/2014 | Carol Pillsbury | 17,500 |
| 5 | 6/10/2014 | Hunter Administration LLC | 5,525 |
| 5 | 6/10/2014 | Tri-Summit Enterprises | 577 |
| 5 | 6/10/2014 | Tri-Summit Enterprises | 575 |
| 5 | 6/11/2014 | Jackson Hole | 642 |
| 5 | 6/11/2014 | Jackson Hole | 513 |
| 5 | 6/11/2014 | Jackson Hole | 1,070 |
| 5 | 6/11/2014 | | 100,000 |
| 5 | 6/11/2014 | Jackson Hole | -1,070 |
| 5 | 6/11/2014 | Jackson Hole | -642 |
| 5 | 6/11/2014 | Jackson Hole | -513 |
| 5 | 6/11/2014 | Jackson Hole | 513 |
| 5 | 6/11/2014 | Jackson Hole | 1,070 |
| 5 | 6/12/2014 | Steinhauser's | 33 |
| 5 | 6/13/2014 | Alberto Agustin Arrayago | 2,000 |
| 5 | 6/13/2014 | Cody Marlowe Ellis | 1,250 |
| 5 | 6/13/2014 | Dolores Terrero | 2,500 |
| 5 | 6/13/2014 | Juan Barreto | 1,250 |
| 5 | 6/13/2014 | Martin Munoz | 2,775 |
| 5 | 6/13/2014 | Maria Ubeda | 2,500 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 6/13/2014 | Oscar Suarez | 1,250 |
| 5 | 6/14/2014 | Steinhauser's | 181 |
| 5 | 6/16/2014 | Carol Pillsbury | 5,000 |
| 5 | 6/16/2014 | Sterling Properties | 250 |
| 5 | 6/16/2014 | Steinhauser's | 3,281 |
| 5 | 6/16/2014 | Winfield Solutions LLC | 3,950 |
| 5 | 6/16/2014 | Winfield Solutions LLC | 6,370 |
| 5 | 6/17/2014 | Capital One | 343 |
| 5 | 6/17/2014 | Steinhauser's | 43 |
| 5 | 6/18/2014 | Reid & Associates | 5,960 |
| 5 | 6/18/2014 | Steinhauser's | 240 |
| 5 | 6/20/2014 | | 16,461 |
| 5 | 6/20/2014 | | 10,000 |
| 5 | 6/20/2014 | | 11,591 |
| 5 | 6/20/2014 | Steinhauser's | 2,016 |
| 5 | 6/20/2014 | Steinhauser's | -316 |
| 5 | 6/20/2014 | Remy du Celliee Muller | 10,000 |
| 5 | 6/20/2014 | Everglades Equipment | 280 |
| 5 | 6/20/2014 | | -10,000 |
| 5 | 6/21/2014 | Steinhauser's | 172 |
| 5 | 6/23/2014 | Steinhauser's | 478 |
| 5 | 6/23/2014 | Steinhauser's | 639 |
| 5 | 6/23/2014 | Steinhauser's | 99 |
| 5 | 6/25/2014 | Steinhauser's | 650 |
| 5 | 5/25/2014 | Steinhauser's | -478 |
| 5 | 6/25/2014 | Steinhauser's | 176 |
| 5 | 6/26/2014 | Winfield Solutions LLC | 124 |
| 5 | 6/27/2014 | Steinhauser's | 59 |
| 5 | 6/27/2014 | Merryl Brown Events LLC | 28,000 |
| 5 | 6/27/2014 | | 16,000 |
| 5 | 6/27/2014 | Steinhauser's | 320 |
| 5 | 6/27/2014 | Steinhauser's | 29 |
| 5 | 6/27/2014 | Winfield Solutions LLC | -213 |
| 5 | 6/29/2014 | Andrew T. Lott | 7,166 |
| 5 | 6/29/2014 | Steinhauser's | 190 |
| 5 | 6/29/2014 | Andrew T. Lott | -1,211 |
| 5 | 6/29/2014 | Capital One | 125 |
| 5 | 6/29/2014 | Capital One | 343 |
| 5 | 6/29/2014 | Capital One | 343 |
| 5 | 6/30/2014 | Juan Barreto | 1,250 |
| 5 | 6/30/2014 | Maria Ubeda | 2,500 |
| 5 | 6/30/2014 | Martin Munoz | 2,775 |
| 5 | 6/30/2014 | Veronica Cecilia Fernandez | 5,000 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 6/30/2014 | Dolores Terrero | 2,500 |
| 5 | 6/30/2014 | Cody Marlowe Ellis | 1,250 |
| 5 | 6/30/2014 | Oscar Suarez | 1,250 |
| 5 | 6/30/2014 | Jonata Ranch | 700 |
| 5 | 6/30/2014 | SBPC | 39,000 |
| 5 | 6/30/2014 | Maximo Schmidt | 2,790 |
| 5 | 6/30/2014 | Stuart Erskine | 27,982 |
| 5 | 6/30/2014 | | 50,000 |
| 5 | 6/30/2014 | | 50,000 |
| 5 | 6/30/2014 | Steinhauser's | 795 |
| 5 | 7/1/2014 | Jackson Hole | 282 |
| 5 | 7/1/2014 | Jackson Hole | 78 |
| 5 | 7/1/2014 | Jackson Hole | 830 |
| 5 | 7/2/2014 | | 16,461 |
| 5 | 7/2/2014 | | 11,591 |
| 5 | 7/2/2014 | | 10,000 |
| 5 | 7/4/2014 | Jackson Hole | 43 |
| 5 | 7/5/2014 | Jose A. Ramos | 675 |
| 5 | 7/8/2014 | Jackson Hole | 650 |
| 5 | 7/9/2014 | Winfield Solutions LLC | 8,625 |
| 5 | 7/11/2014 | Everglades Equipment | 183 |
| 5 | 7/13/2014 | Jackson Hole | 215 |
| 5 | 7/14/2014 | Everglades Equipment | 129 |
| 5 | 7/15/2014 | Juan Barreto | 1,250 |
| 5 | 7/15/2014 | Maria Ubeda | 2,500 |
| 5 | 7/15/2014 | Martin Munoz | 2,775 |
| 5 | 7/15/2014 | Dolores Terrero | 2,500 |
| 5 | 7/15/2014 | Oscar Suarez | 1,400 |
| 5 | 7/16/2014 | Jackson Hole | 1,330 |
| 5 | 7/17/2014 | David Gonzalez Dentistry | 1,210 |
| 5 | 7/17/2014 | Everglades Equipment | 315 |
| 5 | 7/18/2014 | Oscar Suarez | 1,400 |
| 5 | 7/19/2014 | Jackson Hole | 875 |
| 5 | 7/21/2014 | Casa Del Sol | 9,245 |
| 5 | 7/21/2014 | | 9,245 |
| 5 | 7/21/2014 | | -9,245 |
| 5 | 7/22/2014 | | 50,000 |
| 5 | 7/22/2014 | | 50,000 |
| 5 | 7/22/2014 | Jackson Hole | 310 |
| 5 | 7/22/2014 | Jackson Hole | 662 |
| 5 | 7/23/2014 | Chris Henrich | 1,000 |
| 5 | 7/25/2014 | Classic Party Rentals Inc. | 21,660 |
| 5 | 7/28/2014 | Jackson Hole | 138 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 7/28/2014 | Jackson Hole | 739 |
| 5 | 7/28/2014 | Jackson Hole | 541 |
| 5 | 7/31/2014 | Andrew T. Lott | 12,389 |
| 5 | 8/4/2014 | Bluegrass | 9,700 |
| 5 | 8/5/2014 | Jackson Hole | 861 |
| 5 | 8/5/2014 | Jackson Hole | 467 |
| 5 | 8/5/2014 | Everglades Equipment | 215 |
| 5 | 8/7/2014 | Elordi Training Stables | 1,650 |
| 5 | 8/11/2014 | Laureano Echezarrela | 4,070 |
| 5 | 8/12/2014 | Four Seasons Resort | 10,000 |
| 5 | 8/12/2014 | No Static Pro Audio Inc. | 6,500 |
| 5 | 8/12/2014 | Star Power Generators LLC | 2,287 |
| 5 | 8/12/2014 | Dj Derek Monteiro | 2,200 |
| 5 | 8/12/2014 | Images by Lighting LLC | 24,994 |
| 5 | 8/12/2014 | Oscar Suarez | 1,400 |
| 5 | 8/12/2014 | Jackson Hole | 372 |
| 5 | 8/12/2014 | Jackson Hole | 526 |
| 5 | 8/13/2014 | Everglades Equipment | 21 |
| 5 | 8/14/2014 | Oscar Suarez | 1,400 |
| 5 | 8/15/2014 | West Coast Music Services | 12,000 |
| 5 | 8/15/2014 | Merryl Brown Events LLC | 19,026 |
| 5 | 8/19/2014 | Miguel Fairbanks | 3,500 |
| 5 | 8/19/2014 | R. Jack Balthazar Inc. | 85,989 |
| 5 | 8/19/2014 | Merryl Brown Events LLC | 2,500 |
| 5 | 8/19/2014 | Classic Party Rentals Inc. | 68 |
| 5 | 8/19/2014 | Jackson Hole | 305 |
| 5 | 8/19/2014 | Jackson Hole | 209 |
| 5 | 8/20/2014 | Jackson Hole | 289 |
| 5 | 8/20/2014 | Capital One | 50 |
| 5 | 8/20/2014 | Capital One | 342 |
| 5 | 8/21/2014 | Lindsey Hartsough | 2,500 |
| 5 | 8/21/2014 | PRISA USA | 4,361 |
| 5 | 8/21/2014 | | 11,591 |
| 5 | 8/21/2014 | Jose Donoso | 16,461 |
| 5 | 8/21/2014 | Capital One | 4,441 |
| 5 | 8/22/2014 | Jackson Hole | 781 |
| 5 | 8/22/2014 | Capital One | 486 |
| 5 | 8/22/2014 | Capital One | 2,925 |
| 5 | 8/23/2014 | David Lominska/Polographics | 1,440 |
| 5 | 8/23/2014 | Summerland Winery | 393 |
| 5 | 8/23/2014 | Capital One | 174 |
| 5 | 8/23/2014 | Capital One | 174 |
| 5 | 8/25/2014 | Trattoria Mollie Ltd. | 5,535 |

Exhibit B: Polo Expenses

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 8/25/2014 | Everglades Equipment | 156 |
| 5 | 8/26/2014 | Four Seasons Resort | 27,836 |
| 5 | 8/26/2014 | No Static Pro Audio Inc. | 800 |
| 5 | 8/26/2014 | Issac Hernandex Photography | 3,000 |
| 5 | 8/26/2014 | Star Power Generators LLC | 712 |
| 5 | 8/26/2014 | | 10,000 |
| 5 | 8/26/2014 | Oscar Suarez | 1,400 |
| 5 | 8/26/2014 | Capital One | 1,050 |
| 5 | 8/27/2014 | Salvador Cortes | 1,900 |
| 5 | 8/27/2014 | Kathy Linfoot | 325 |
| 5 | 8/28/2014 | Classic Party Rentals Inc. | 4,597 |
| 5 | 8/28/2014 | Images by Lighting LLC | 1,510 |
| 5 | 8/28/2014 | R Jack Balthazar Inc. | 6,322 |
| 5 | 8/28/2014 | Gazebo Plants and Flowers | 5,940 |
| 5 | 8/28/2014 | Circuit of the Americas LLC | 28,500 |
| 5 | 8/28/2014 | Oscar Suarez | 1,400 |
| 5 | 8/28/2014 | Everglades Equipment | 243 |
| 5 | 8/29/2014 | Agustin Merlos Sanchez | 35,000 |
| 5 | 8/29/2014 | Sebastian Merlos Rojo | 35,000 |
| 5 | 8/29/2014 | West Coast Music Services | 1,650 |
| 5 | 8/29/2014 | SBPC | 15,852 |
| 5 | 8/29/2014 | | -35,000 |
| 5 | 8/29/2014 | | -35,000 |
| 5 | 8/31/2014 | Four Seasons Resort | 4,230 |
| 5 | 8/31/2014 | Merryl Brown Events LLC | 741 |
| 5 | 8/31/2014 | Laureano Echezarrela | 3,451 |
| 5 | 8/31/2014 | Arturo Garcia | 1,400 |
| 5 | 9/3/2014 | | 1,513 |
| 5 | 9/22/2014 | | 630 |
| 5 | 9/30/2014 | | 3,554 |
| 5 | 10/20/2014 | | 1,299 |
| 5 | 11/17/2014 | | -100,000 |
| 5 | 1/25/2015 | HC Distribution | 93,058 |
| 5 | 2/27/2015 | Agustin Merlos Sanchez | -100,000 |
| 5 | 3/25/2015 | Arturo Garcia | -1,400 |
| 5 | 3/25/2015 | Winfield Solutions LLC | -1,289 |
| 5 | 3/25/2015 | Winfield Solutions LLC | -2,250 |
| | | | 5,277,284 |