Exhibit C: Property Maintenance

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 7/3/2014 | Southfields Real Estate Inc. | 1,447 |
| 5 | 3/3/2015 | TL Jones | 2,580 |
| 5 | 3/3/2015 | TL Jones | 5,135 |
| 5 | 3/3/2015 | TL Jones | 1,857 |
| 5 | 5/7/2013 | Pacific Petroleum California, Inc. | 194 |
| 5 | 5/7/2013 | Pacific Petroleum California, Inc. | 6,234 |
| 5 | 5/21/2013 | Pacific Petroleum California, Inc. | 221 |
| 5 | 5/24/2013 | Pacific Petroleum California, Inc. | 66 |
| 5 | 5/24/2013 | Pacific Petroleum California, Inc. | 223 |
| 5 | 6/3/2013 | Pacific Petroleum California, Inc. | 6,545 |
| 5 | 6/4/2013 | Pacific Petroleum California, Inc. | 154 |
| 5 | 6/11/2013 | Pacific Petroleum California, Inc. | 181 |
| 5 | 6/24/2013 | Pacific Petroleum California, Inc. | 131 |
| 5 | 6/28/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 7/3/2013 | Pacific Petroleum California, Inc. | 6,350 |
| 5 | 7/8/2013 | Pacific Petroleum California, Inc. | 155 |
| 5 | 7/8/2013 | Pacific Petroleum California, Inc. | -1,590 |
| 5 | 7/8/2013 | Pacific Petroleum California, Inc. | 197 |
| 5 | 7/8/2013 | Pacific Petroleum California, Inc. | 1,590 |
| 5 | 7/8/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 7/12/2013 | Pacific Petroleum California, Inc. | 297 |
| 5 | 7/16/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 7/19/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 7/23/2013 | Pacific Petroleum California, Inc. | 297 |
| 5 | 7/26/2013 | Pacific Petroleum California, Inc. | 1,925 |
| 5 | 8/8/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 8/9/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 8/12/2013 | Pacific Petroleum California, Inc. | 6,545 |
| 5 | 9/6/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 9/19/2013 | Pacific Petroleum California, Inc. | 6,545 |
| 5 | 10/4/2013 | Pacific Petroleum California, Inc. | 6,350 |
| 5 | 11/5/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 11/8/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 11/12/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 11/14/2013 | Pacific Petroleum California, Inc. | 6,545 |
| 5 | 11/15/2013 | Pacific Petroleum California, Inc. | 337 |
| 5 | 11/19/2013 | Pacific Petroleum California, Inc. | 307 |
| 5 | 11/22/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 11/25/2013 | Montecito Water District | 6,032 |
| 5 | 11/25/2013 | Montecito Water District | 2,134 |
| 5 | 11/25/2013 | ME Meyr | 96 |
| 5 | 11/25/2013 | Southern California Edison | 228 |
| 5 | 11/25/2013 | John Deere Financial | 358 |

| | | | |
|---|---|---|---:|
| 5 | 11/26/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 11/30/2013 | Teofilo Crosetto | 1,200 |
| 5 | 11/30/2013 | Edwin Delcid | 1,200 |
| 5 | 11/30/2013 | Jose Anibal Vasquez | 1,200 |
| 5 | 11/30/2013 | Carlos Roberto Romero | 1,200 |
| 5 | 11/30/2013 | International Polo Connections | 6,000 |
| 5 | 12/2/2013 | Pacific Petroleum California, Inc. | 307 |
| 5 | 12/3/2013 | Pacific Petroleum California, Inc. | 1,744 |
| 5 | 12/9/2013 | Pacific Petroleum California, Inc. | 1,744 |
| 5 | 12/11/2013 | Pacific Petroleum California, Inc. | 307 |
| 5 | 12/12/2013 | John Deere Financial | 777 |
| 5 | 12/12/2013 | County of Santa Barbara P&D | 170 |
| 5 | 12/12/2013 | John Deere Financial | 3,639 |
| 5 | 12/12/2013 | Teofilo Crosetto | 1,200 |
| 5 | 12/12/2013 | Edwin Delcid | 1,200 |
| 5 | 12/12/2013 | Jose Anibal Vasquez | 1,200 |
| 5 | 12/12/2013 | Carlos Roberto Romero | 1,200 |
| 5 | 12/17/2013 | International Polo Connections | 3,000 |
| 5 | 12/17/2013 | Pacific Petroleum California, Inc. | 613 |
| 5 | 12/17/2013 | Pacific Petroleum California, Inc. | 6,350 |
| 5 | 12/20/2013 | Tom Bastian | 3,535 |
| 5 | 12/20/2013 | Montecito Water District | 1,302 |
| 5 | 12/20/2013 | Montecito Water District | 4,331 |
| 5 | 12/20/2013 | ME Meyr | 52 |
| 5 | 12/20/2013 | Pacific Petroleum California, Inc. | 267 |
| 5 | 12/24/2013 | Pacific Petroleum California, Inc. | 369 |
| 5 | 12/27/2013 | Pacific Petroleum California, Inc. | 339 |
| 5 | 12/30/2013 | John Deere Financial | 2,912 |
| 5 | 12/31/2013 | International Polo Connections | 3,000 |
| 5 | 12/31/2013 | Teofilo Crosetto | 1,200 |
| 5 | 12/31/2013 | Edwin Delcid | 1,200 |
| 5 | 12/31/2013 | Jose Anibal Vasquez | 1,200 |
| 5 | 12/31/2013 | Carlos Roberto Romero | 1,200 |
| 5 | 12/31/2013 | Pacific Petroleum California, Inc. | 339 |
| 5 | 1/3/2014 | Pacific Petroleum California, Inc. | 379 |
| 5 | 1/8/2014 | Pacific Petroleum California, Inc. | 369 |
| 5 | 1/9/2014 | Larrys Auto Parts | 136 |
| 5 | 1/9/2014 | Larrys Auto Parts | 110 |
| 5 | 1/9/2014 | Larrys Auto Parts | 56 |
| 5 | 1/9/2014 | Larrys Auto Parts | 415 |
| 5 | 1/9/2014 | Larrys Auto Parts | 43 |
| 5 | 1/9/2014 | Larrys Auto Parts | 60 |
| 5 | 1/9/2014 | John Deere Financial | 83 |
| 5 | 1/9/2014 | John Deere Financial | 817 |
| 5 | 1/9/2014 | Southern California Edison | 300 |
| 5 | 1/9/2014 | International Polo Connections | 1,422 |
| 5 | 1/10/2014 | Pacific Petroleum California, Inc. | 369 |

| | | | |
|---|---|---|---|
| 5 | 1/14/2014 | Montecito Water District | 3,035 |
| 5 | 1/14/2014 | Montecito Water District | 235 |
| 5 | 1/14/2014 | Pacific Petroleum California, Inc. | 369 |
| 5 | 1/15/2014 | Pedro Calel Gomez | 1,200 |
| 5 | 1/15/2014 | Denis Albert Rosales | 1,200 |
| 5 | 1/15/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 1/15/2014 | Teofilo Crosetto | 1,200 |
| 5 | 1/16/2014 | Pacific Petroleum California, Inc. | 7,465 |
| 5 | 1/17/2014 | Pacific Petroleum California, Inc. | 339 |
| 5 | 1/20/2014 | Concrete Express Inc. | 546 |
| 5 | 1/20/2014 | Concrete Express Inc. | 720 |
| 5 | 1/21/2014 | Pacific Petroleum California, Inc. | 369 |
| 5 | 1/24/2014 | Pacific Petroleum California, Inc. | 369 |
| 5 | 1/28/2014 | Pacific Petroleum California, Inc. | 975 |
| 5 | 1/28/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 1/30/2014 | Pedro Calel Gomez | 1,200 |
| 5 | 1/30/2014 | Denis Albert Rosales | 1,200 |
| 5 | 1/30/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 1/30/2014 | Teofilo Crosetto | 1,200 |
| 5 | 1/31/2014 | John Deere Financial | 1,331 |
| 5 | 1/31/2014 | All Around Landscape Supply | 145 |
| 5 | 1/31/2014 | All Around Landscape Supply | 461 |
| 5 | 1/31/2014 | MarBorg Industries | 104 |
| 5 | 1/31/2014 | John Deere Financial | 385 |
| 5 | 1/31/2014 | ME Meyr | 75 |
| 5 | 1/31/2014 | MarBorg Industries | 2,991 |
| 5 | 1/31/2014 | MarBorg Industries | 75 |
| 5 | 1/31/2014 | MarBorg Industries | 279 |
| 5 | 1/31/2014 | All Around Landscape Supply | 645 |
| 5 | 1/31/2014 | All Around Landscape Supply | 521 |
| 5 | 1/31/2014 | All Around Landscape Supply | -1 |
| 5 | 1/31/2014 | MarBorg Industries | 719 |
| 5 | 1/31/2014 | All Around Landscape Supply | 177 |
| 5 | 1/31/2014 | MarBorg Industries | 280 |
| 5 | 1/31/2014 | MarBorg Industries | 195 |
| 5 | 1/31/2014 | MarBorg Industries | 330 |
| 5 | 1/31/2014 | MarBorg Industries | 75 |
| 5 | 1/31/2014 | All Around Landscape Supply | 13 |
| 5 | 1/31/2014 | Agent Inc. | 190 |
| 5 | 1/31/2014 | MarBorg Industries | 544 |
| 5 | 1/31/2014 | MarBorg Industries | 270 |
| 5 | 1/31/2014 | All Around Landscape Supply | -10 |
| 5 | 1/31/2014 | All Around Landscape Supply | 477 |
| 5 | 1/31/2014 | All Around Landscape Supply | -16 |
| 5 | 1/31/2014 | All Around Landscape Supply | 779 |
| 5 | 1/31/2014 | All Around Landscape Supply | 212 |
| 5 | 1/31/2014 | MarBorg Industries | 175 |

| | | | |
|---|---|---|---:|
| 5 | 1/31/2014 | All Around Landscape Supply | 488 |
| 5 | 1/31/2014 | All Around Landscape Supply | 40 |
| 5 | 1/31/2014 | All Around Landscape Supply | 322 |
| 5 | 1/31/2014 | All Around Landscape Supply | 26 |
| 5 | 1/31/2014 | MarBorg Industries | 279 |
| 5 | 1/31/2014 | MarBorg Industries | 596 |
| 5 | 1/31/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 2/4/2014 | Pacific Petroleum California, Inc. | 337 |
| 5 | 2/7/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 2/10/2014 | Pacific Petroleum California, Inc. | 7,930 |
| 5 | 2/11/2014 | Pacific Petroleum California, Inc. | 307 |
| 5 | 2/14/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 2/18/2014 | Southern California Edison | 276 |
| 5 | 2/18/2014 | John Deere Financial | 111 |
| 5 | 2/18/2014 | Pedro Calel Gomez | 1,200 |
| 5 | 2/18/2014 | Denis Albert Rosales | 1,200 |
| 5 | 2/18/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 2/18/2014 | Teofilo Crosetto | 1,200 |
| 5 | 2/21/2014 | Pacific Petroleum California, Inc. | 1,735 |
| 5 | 2/23/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 2/25/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 2/26/2014 | Montecito Water District | 7,185 |
| 5 | 2/26/2014 | Montecito Water District | 1,739 |
| 5 | 2/26/2014 | County of Santa Barbara P&D | 151 |
| 5 | 2/26/2014 | Southern California Edison | 276 |
| 5 | 2/26/2014 | ME Meyr | 73 |
| 5 | 2/26/2014 | John Deere Financial | 611 |
| 5 | 2/26/2014 | GoGreen Pest Management Service | 5,000 |
| 5 | 2/28/2014 | Denis Albert Rosales | 1,200 |
| 5 | 2/28/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 2/28/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 2/28/2014 | Teofilo Crosetto | 1,200 |
| 5 | 2/28/2014 | Pacific Petroleum California, Inc. | 307 |
| 5 | 3/4/2014 | Pacific Petroleum California, Inc. | 1,047 |
| 5 | 3/6/2014 | Rain For Rent Santa Paula | 1,593 |
| 5 | 3/6/2014 | Rain For Rent Santa Paula | 1,913 |
| 5 | 3/6/2014 | Crop Production Services Inc. | 35 |
| 5 | 3/6/2014 | Crop Production Services Inc. | 81 |
| 5 | 3/6/2014 | Crop Production Services Inc. | 386 |
| 5 | 3/6/2014 | Crop Production Services Inc. | 294 |
| 5 | 3/6/2014 | Crop Production Services Inc. | 398 |
| 5 | 3/6/2014 | Crop Production Services Inc. | 511 |
| 5 | 3/6/2014 | Rain For Rent Santa Paula | 110 |
| 5 | 3/6/2014 | Crop Production Services Inc. | 52 |
| 5 | 3/7/2014 | MarBorg Industries | 75 |
| 5 | 3/7/2014 | MarBorg Industries | 220 |
| 5 | 3/7/2014 | MarBorg Industries | 93 |

| | | | |
|---|---|---|---:|
| 5 | 3/7/2014 | MarBorg Industries | 90 |
| 5 | 3/7/2014 | MarBorg Industries | 75 |
| 5 | 3/7/2014 | MarBorg Industries | 93 |
| 5 | 3/7/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 3/10/2014 | Pacific Petroleum California, Inc. | 307 |
| 5 | 3/11/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 3/12/2014 | Pacific Petroleum California, Inc. | 6,880 |
| 5 | 3/14/2014 | County of Santa Barbara P&D | 340 |
| 5 | 3/14/2014 | Montecito Water District | 5,168 |
| 5 | 3/14/2014 | Montecito Water District | 758 |
| 5 | 3/14/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 3/18/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 3/21/2014 | John Deere Financial | 266 |
| 5 | 3/21/2014 | John Deere Financial | 501 |
| 5 | 3/21/2014 | John Deere Financial | 251 |
| 5 | 3/21/2014 | John Deere Financial | 630 |
| 5 | 3/21/2014 | John Deere Financial | 102 |
| 5 | 3/21/2014 | MarBorg Industries | 306 |
| 5 | 3/21/2014 | John Deere Financial | 100 |
| 5 | 3/21/2014 | John Deere Financial | 814 |
| 5 | 3/21/2014 | John Deere Financial | 98 |
| 5 | 3/21/2014 | John Deere Financial | 158 |
| 5 | 3/21/2014 | MarBorg Industries | 670 |
| 5 | 3/21/2014 | MarBorg Industries | 279 |
| 5 | 3/21/2014 | John Deere Financial | 475 |
| 5 | 3/21/2014 | MarBorg Industries | 98 |
| 5 | 3/21/2014 | MarBorg Industries | 2,768 |
| 5 | 3/21/2014 | MarBorg Industries | 600 |
| 5 | 3/21/2014 | John Deere Financial | 40 |
| 5 | 3/21/2014 | John Deere Financial | 404 |
| 5 | 3/21/2014 | John Deere Financial | 93 |
| 5 | 3/21/2014 | Denis Albert Rosales | 1,200 |
| 5 | 3/21/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 3/21/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 3/21/2014 | Teofilo Crosetto | 1,200 |
| 5 | 3/21/2014 | Sid Goldstein-Civil Engineer Inc. | 8,500 |
| 5 | 3/21/2014 | Watershed Environmental Inc. | 4,000 |
| 5 | 3/21/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 3/24/2014 | Aqua-Flo Supply | 51 |
| 5 | 3/24/2014 | Sun Coast Rentals Equipment | 1,330 |
| 5 | 3/24/2014 | All Around Landscape Supply | 39 |
| 5 | 3/24/2014 | All Around Landscape Supply | 509 |
| 5 | 3/24/2014 | Sun Coast Rentals Equipment | 671 |
| 5 | 3/24/2014 | Joe Gonzalez Welding Inc. | 95 |
| 5 | 3/24/2014 | All Around Landscape Supply | 494 |
| 5 | 3/24/2014 | All Around Landscape Supply | 11 |
| 5 | 3/24/2014 | Toro Canyon Nersery Inc. | 3,184 |

| | | | |
|---|---|---|---:|
| 5 | 3/24/2014 | MarBorg Industries | 1,706 |
| 5 | 3/24/2014 | MarBorg Industries | 300 |
| 5 | 3/24/2014 | All Around Landscape Supply | 304 |
| 5 | 3/24/2014 | All Around Landscape Supply | 8 |
| 5 | 3/24/2014 | ME Meyr | 28 |
| 5 | 3/24/2014 | Sun Coast Rentals Equipment | 412 |
| 5 | 3/25/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 3/28/2014 | Denis Albert Rosales | 1,200 |
| 5 | 3/28/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 3/28/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 3/28/2014 | Teofilo Crosetto | 1,200 |
| 5 | 3/28/2014 | Pacific Petroleum California, Inc. | 1,596 |
| 5 | 4/2/2014 | John Deere Financial | 88 |
| 5 | 4/2/2014 | John Deere Financial | 994 |
| 5 | 4/2/2014 | John Deere Financial | 223 |
| 5 | 4/2/2014 | Southern California Edison | 278 |
| 5 | 4/2/2014 | Pacific Petroleum California, Inc. | 1,038 |
| 5 | 4/4/2014 | Pacific Petroleum California, Inc. | 307 |
| 5 | 4/8/2014 | Steve Nuttall Trucking Inc. | 763 |
| 5 | 4/8/2014 | Steve Nuttall Trucking Inc. | 2,182 |
| 5 | 4/8/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 4/9/2014 | Pacific Petroleum California, Inc. | 7,510 |
| 5 | 4/11/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 4/15/2014 | Denis Albert Rosales | 1,200 |
| 5 | 4/15/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 4/15/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 4/15/2014 | Teofilo Crosetto | 1,200 |
| 5 | 4/15/2014 | Pacific Petroleum California, Inc. | 307 |
| 5 | 4/22/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 4/24/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 4/25/2014 | John Deere Financial | 73 |
| 5 | 4/25/2014 | John Deere Financial | 85 |
| 5 | 4/25/2014 | GoGreen Pest Management Service | 2,000 |
| 5 | 4/25/2014 | West Covina Nurseries | -524 |
| 5 | 4/25/2014 | West Covina Nurseries | -1,577 |
| 5 | 4/25/2014 | Montecito Water District | 1,944 |
| 5 | 4/25/2014 | Montecito Water District | 669 |
| 5 | 4/25/2014 | ME Meyr | 71 |
| 5 | 4/25/2014 | Southern California Edison | 303 |
| 5 | 4/25/2014 | West Covina Nurseries | 1,577 |
| 5 | 4/25/2014 | West Covina Nurseries | 524 |
| 5 | 4/25/2014 | West Covina Nurseries | 1,418 |
| 5 | 4/25/2014 | West Covina Nurseries | 1,265 |
| 5 | 4/25/2014 | West Covina Nurseries | 106 |
| 5 | 4/25/2014 | West Covina Nurseries | 440 |
| 5 | 4/25/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 4/29/2014 | Pacific Petroleum California, Inc. | 267 |

| | | | |
|---|---|---|---:|
| 5 | 4/30/2014 | Denis Albert Rosales | 1,200 |
| 5 | 4/30/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 4/30/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 4/30/2014 | Teofilo Crosetto | 1,200 |
| 5 | 5/1/2014 | Southland Sod Farms Operations, Inc. | 3,575 |
| 5 | 5/2/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 5/5/2014 | Pacific Petroleum California, Inc. | 7,300 |
| 5 | 5/6/2014 | Pacific Petroleum California, Inc. | 267 |
| 5 | 5/8/2014 | John Deere Financial | -219 |
| 5 | 5/9/2014 | A-OK Mower Shop Inc. | 90 |
| 5 | 5/9/2014 | John Helmuth | 1,898 |
| 5 | 5/9/2014 | John Deere Financial | 176 |
| 5 | 5/9/2014 | John Deere Financial | 302 |
| 5 | 5/9/2014 | John Deere Financial | 660 |
| 5 | 5/9/2014 | John Deere Financial | 61 |
| 5 | 5/9/2014 | Tony Martinez Sr. | 1,500 |
| 5 | 5/9/2014 | John Deere Financial | 65 |
| 5 | 5/9/2014 | John Deere Financial | 1,454 |
| 5 | 5/9/2014 | Pacific Petroleum California, Inc. | 1,102 |
| 5 | 5/12/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 5/15/2014 | Teofilo Crosetto | 1,500 |
| 5 | 5/15/2014 | Denis Albert Rosales | 1,200 |
| 5 | 5/15/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 5/15/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 5/15/2014 | Telma Luz Chacon Alvarado | 1,900 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 732 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 468 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 950 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 250 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 1,200 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 480 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 53 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 136 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 1,576 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 1,440 |
| 5 | 5/16/2014 | Gardening Serv/landscaping | 1,440 |
| 5 | 5/16/2014 | Pacific Petroleum California, Inc. | 1,543 |
| 5 | 5/20/2014 | Montecito Water District | 18,351 |
| 5 | 5/20/2014 | Montecito Water District | 2,279 |
| 5 | 5/20/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 5/27/2014 | John Deere Financial | 231 |
| 5 | 5/27/2014 | John Deere Financial | 170 |
| 5 | 5/27/2014 | John Deere Financial | 135 |
| 5 | 5/27/2014 | John Deere Financial | 192 |
| 5 | 5/27/2014 | Southern California Edison | 290 |
| 5 | 5/27/2014 | ME Meyr | 137 |
| 5 | 5/28/2014 | Pacific Petroleum California, Inc. | 329 |

| | | | |
|---|---|---|---:|
| 5 | 5/30/2014 | Teofilo Crosetto | 1,500 |
| 5 | 5/30/2014 | Denis Albert Rosales | 1,200 |
| 5 | 5/30/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 5/30/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 5/30/2014 | Gerardo Gimenez | 1,900 |
| 5 | 5/30/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 6/3/2014 | All Around Landscape Supply | 450 |
| 5 | 6/3/2014 | All Around Landscape Supply | 5,231 |
| 5 | 6/3/2014 | Santa Barbara Sand & Top Soil | 5,723 |
| 5 | 6/3/2014 | All Around Landscape Supply | 23 |
| 5 | 6/3/2014 | All Around Landscape Supply | 2,643 |
| 5 | 6/3/2014 | All Around Landscape Supply | 1,620 |
| 5 | 6/3/2014 | All Around Landscape Supply | 309 |
| 5 | 6/3/2014 | All Around Landscape Supply | 85 |
| 5 | 6/3/2014 | All Around Landscape Supply | 2,588 |
| 5 | 6/3/2014 | | 10,240 |
| 5 | 6/3/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 6/3/2014 | Pacific Petroleum California, Inc. | 1,710 |
| 5 | 6/4/2014 | County of Santa Barbara P&D | -151 |
| 5 | 6/4/2014 | County of Santa Barbara P&D | -16 |
| 5 | 6/5/2014 | Pacific Petroleum California, Inc. | 7,510 |
| 5 | 6/6/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 6/9/2014 | MarBorg Industries | 396 |
| 5 | 6/9/2014 | MarBorg Industries | 2,089 |
| 5 | 6/9/2014 | MarBorg Industries | 523 |
| 5 | 6/9/2014 | Crop Production Services Inc. | 280 |
| 5 | 6/9/2014 | Rain For Rent Santa Paula | 367 |
| 5 | 6/9/2014 | MarBorg Industries | 372 |
| 5 | 6/9/2014 | Crop Production Services Inc. | 499 |
| 5 | 6/9/2014 | GoGreen Pest Management Service | 2,012 |
| 5 | 6/9/2014 | All Around Landscape Supply | 258 |
| 5 | 6/9/2014 | Crop Production Services Inc. | 194 |
| 5 | 6/9/2014 | All Around Landscape Supply | 298 |
| 5 | 6/9/2014 | All Around Landscape Supply | 809 |
| 5 | 6/9/2014 | All Around Landscape Supply | 101 |
| 5 | 6/9/2014 | John Deere Financial | 49 |
| 5 | 6/11/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 6/13/2014 | Teofilo Crosetto | 1,500 |
| 5 | 6/13/2014 | Denis Albert Rosales | 1,200 |
| 5 | 6/13/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 6/13/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 6/13/2014 | Gerardo Gimenez | 1,900 |
| 5 | 6/17/2014 | Pacific Petroleum California, Inc. | 430 |
| 5 | 6/20/2014 | John Deere Financial | 20 |
| 5 | 6/20/2014 | John Deere Financial | 1,291 |
| 5 | 6/20/2014 | John Deere Financial | 572 |
| 5 | 6/20/2014 | County of Santa Barbara P&D | 57 |

| | | | |
|---|---|---|---:|
| 5 | 6/20/2014 | John Deere Financial | 340 |
| 5 | 6/20/2014 | ME Meyr | 86 |
| 5 | 6/20/2014 | Santa Barbara County Planning | 3,114 |
| 5 | 6/20/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 6/23/2014 | Sar Construction | 6,532 |
| 5 | 6/23/2014 | Sar Construction | 6,485 |
| 5 | 6/24/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 6/26/2014 | MarBorg Industries | 98 |
| 5 | 6/26/2014 | MarBorg Industries | 302 |
| 5 | 6/26/2014 | MarBorg Industries | 562 |
| 5 | 6/26/2014 | MarBorg Industries | 1,370 |
| 5 | 6/26/2014 | MarBorg Industries | 225 |
| 5 | 6/26/2014 | MarBorg Industries | 98 |
| 5 | 6/26/2014 | Sun Coast Rentals Equipment | 575 |
| 5 | 6/26/2014 | MarBorg Industries | 388 |
| 5 | 6/26/2014 | MarBorg Industries | 518 |
| 5 | 6/26/2014 | MarBorg Industries | 360 |
| 5 | 6/26/2014 | Watershed Environmental Inc. | 2,311 |
| 5 | 6/26/2014 | All Around Landscape Supply | 9,067 |
| 5 | 6/26/2014 | Southern California Edison | 343 |
| 5 | 6/27/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 6/30/2014 | Price Postel & Parma LLP | 425 |
| 5 | 6/30/2014 | Santa Barbara Sand & Top Soil | 3,807 |
| 5 | 6/30/2014 | Santa Barbara Sand & Top Soil | 3,783 |
| 5 | 6/30/2014 | All Around Landscape Supply | 398 |
| 5 | 6/30/2014 | All Around Landscape Supply | 101 |
| 5 | 6/30/2014 | All Around Landscape Supply | 139 |
| 5 | 6/30/2014 | All Around Landscape Supply | 316 |
| 5 | 6/30/2014 | All Around Landscape Supply | 174 |
| 5 | 6/30/2014 | All Around Landscape Supply | 43 |
| 5 | 6/30/2014 | All Around Landscape Supply | 634 |
| 5 | 6/30/2014 | All Around Landscape Supply | 852 |
| 5 | 6/30/2014 | Teofilo Crosetto | 1,500 |
| 5 | 6/30/2014 | Denis Albert Rosales | 1,200 |
| 5 | 6/30/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 6/30/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 6/30/2014 | Gerardo Gimenez | 950 |
| 5 | 6/30/2014 | Pablo Patino Peralta | 950 |
| 5 | 6/30/2014 | Tom Bastian | 4,473 |
| 5 | 7/1/2014 | Montecito Water District | 41,056 |
| 5 | 7/1/2014 | Montecito Water District | 3,825 |
| 5 | 7/1/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 7/3/2014 | Pacific Petroleum California, Inc. | 7,300 |
| 5 | 7/7/2014 | Pacific Petroleum California, Inc. | 398 |
| 5 | 7/9/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 7/11/2014 | Pacific Petroleum California, Inc. | 453 |
| 5 | 7/14/2014 | County of Santa Barbara P&D | 245 |

| | | | |
|---|---|---|---:|
| 5 | 7/14/2014 | County of Santa Barbara P&D | 19 |
| 5 | 7/14/2014 | Teofilo Crosetto | 1,500 |
| 5 | 7/14/2014 | Denis Albert Rosales | 1,200 |
| 5 | 7/14/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 7/14/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 7/14/2014 | Gerardo Gimenez | 950 |
| 5 | 7/14/2014 | Pablo Patino Peralta | 950 |
| 5 | 7/14/2014 | Facundo Burgos | 1,250 |
| 5 | 7/14/2014 | Herbert Charquero | 1,400 |
| 5 | 7/14/2014 | Sal Salamanca | 1,250 |
| 5 | 7/14/2014 | Pacific Petroleum California, Inc. | 600 |
| 5 | 7/14/2014 | Pacific Petroleum California, Inc. | 262 |
| 5 | 7/15/2014 | Pacific Petroleum California, Inc. | 299 |
| 5 | 7/21/2014 | Pacific Petroleum California, Inc. | 329 |
| 5 | 7/22/2014 | Francisco Nova Quintero | -1,659 |
| 5 | 7/22/2014 | Francisco Nova Quintero | -2,604 |
| 5 | 7/22/2014 | John Deere Financial | 326 |
| 5 | 7/22/2014 | John Deere Financial | 229 |
| 5 | 7/22/2014 | John Deere Financial | 2,808 |
| 5 | 7/22/2014 | ME Meyr | 108 |
| 5 | 7/22/2014 | Francisco Nova Quintero | 1,659 |
| 5 | 7/22/2014 | Francisco Nova Quintero | 2,604 |
| 5 | 7/22/2014 | Pacific Petroleum California, Inc. | 369 |
| 5 | 7/25/2014 | Southern California Edison | 746 |
| 5 | 7/25/2014 | Pacific Petroleum California, Inc. | 329 |
| 5 | 7/29/2014 | Pacific Petroleum California, Inc. | 356 |
| 5 | 7/30/2014 | Montecito Water District | 50,678 |
| 5 | 7/30/2014 | Montecito Water District | 4,315 |
| 5 | 7/31/2014 | Teofilo Crosetto | 1,500 |
| 5 | 7/31/2014 | Denis Albert Rosales | 1,200 |
| 5 | 7/31/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 7/31/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 7/31/2014 | Gerardo Gimenez | 950 |
| 5 | 7/31/2014 | Pablo Patino Peralta | 950 |
| 5 | 7/31/2014 | Saul Salamanca | 1,250 |
| 5 | 7/31/2014 | Facundo Burgos | 1,250 |
| 5 | 7/31/2014 | Herbert Charquero | 1,400 |
| 5 | 8/4/2014 | John Deere Financial | 390 |
| 5 | 8/4/2014 | Pacific Petroleum California, Inc. | 7,650 |
| 5 | 8/7/2014 | Pacific Petroleum California, Inc. | 1,754 |
| 5 | 8/7/2014 | Pacific Petroleum California, Inc. | 369 |
| 5 | 8/8/2014 | Chris Henrich | 300 |
| 5 | 8/8/2014 | County of Santa Barbara P&D | 1,208 |
| 5 | 8/8/2014 | Pacific Petroleum California, Inc. | 460 |
| 5 | 8/12/2014 | Pacific Petroleum California, Inc. | 329 |
| 5 | 8/14/2014 | Facundo Burgos | 1,250 |
| 5 | 8/14/2014 | Herbert Charquero | 1,400 |

| | | | |
|---|---|---|---:|
| 5 | 8/14/2014 | Teofilo Crosetto | 1,500 |
| 5 | 8/14/2014 | Denis Albert Rosales | 1,200 |
| 5 | 8/14/2014 | Emergildo Aguilar Osorio | 1,200 |
| 5 | 8/14/2014 | Telma Luz Chacon Alvarado | 1,200 |
| 5 | 8/14/2014 | Gerardo Gimenez | 950 |
| 5 | 8/14/2014 | Pablo Patino Peralta | 950 |
| 5 | 8/15/2014 | Pacific Petroleum California, Inc. | 329 |
| 5 | 8/18/2014 | MarBorg Industries | 74 |
| 5 | 8/18/2014 | MarBorg Industries | 99 |
| 5 | 8/18/2014 | MarBorg Industries | 305 |
| 5 | 8/18/2014 | MarBorg Industries | 291 |
| 5 | 8/18/2014 | MarBorg Industries | 447 |
| 5 | 8/18/2014 | MarBorg Industries | 249 |
| 5 | 8/18/2014 | MarBorg Industries | 971 |
| 5 | 8/19/2014 | Pacific Petroleum California, Inc. | 329 |
| 5 | 8/21/2014 | ATS Irrigation Inc. | 1,185 |
| 5 | 8/21/2014 | MarBorg Industries | 101 |
| 5 | 8/21/2014 | Sid Goldstein-Civil Engineer Inc. | 5,385 |
| 5 | 8/21/2014 | MarBorg Industries | 602 |
| 5 | 8/21/2014 | ATS Irrigation Inc. | 12,784 |
| 5 | 8/21/2014 | MarBorg Industries | 2,024 |
| 5 | 8/21/2014 | All Around Landscape Supply | 346 |
| 5 | 8/21/2014 | All Around Landscape Supply | 154 |
| 5 | 8/21/2014 | MarBorg Industries | 655 |
| 5 | 8/21/2014 | MarBorg Industries | 1,584 |
| 5 | 8/21/2014 | All Around Landscape Supply | 889 |
| 5 | 8/21/2014 | MarBorg Industries | 531 |
| 5 | 8/21/2014 | MarBorg Industries | 320 |
| 5 | 8/21/2014 | MarBorg Industries | 358 |
| 5 | 8/21/2014 | All Around Landscape Supply | 37 |
| 5 | 8/21/2014 | All Around Landscape Supply | 149 |
| 5 | 8/21/2014 | All Around Landscape Supply | 749 |
| 5 | 8/21/2014 | MarBorg Industries | 749 |
| 5 | 8/21/2014 | ATS Irrigation Inc. | 363 |
| 5 | 8/21/2014 | All Around Landscape Supply | 113 |
| 5 | 8/21/2014 | ATS Irrigation Inc. | 1,255 |
| 5 | 8/21/2014 | Mobile Reel Grinder | 3,572 |
| 5 | 8/21/2014 | All Around Landscape Supply | 49 |
| 5 | 8/21/2014 | All Around Landscape Supply | 721 |
| 5 | 8/21/2014 | All Around Landscape Supply | 50 |
| 5 | 8/21/2014 | All Around Landscape Supply | 308 |
| 5 | 8/21/2014 | MarBorg Industries | 748 |
| 5 | 8/21/2014 | MarBorg Industries | 200 |
| 5 | 8/21/2014 | All Around Landscape Supply | 75 |
| 5 | 8/21/2014 | All Around Landscape Supply | 21 |
| 5 | 8/21/2014 | MarBorg Industries | 326 |
| 5 | 8/21/2014 | John Deere Financial | 548 |

| 5 | 8/21/2014 | MarBorg Industries | 1,613 |
| 5 | 8/21/2014 | Montecito Water District | 4,782 |
| 5 | 8/21/2014 | Montecito Water District | 8,242 |
| 5 | 8/21/2014 | MarBorg Industries | 361 |
| | | | 696,943 |