Exhibit D: Personal Legal Fees

| Company Code | Cash Date | Entity Name | Net Value |
|---|---|---|---|
| 5 | 7/18/2013 | Susman Godfrey LLP | 100,000 |
| 5 | 8/13/2013 | Zukowski Bresenhan | 3,220 |
| 5 | 8/13/2013 | Zukowski Bresenhan | 125 |
| 5 | 8/13/2013 | Zukowski Bresenhan | 17,684 |
| 5 | 8/13/2013 | Zukowski Bresenhan | 16,276 |
| 5 | 8/13/2013 | Zukowski Bresenhan | 28,036 |
| 5 | 8/20/2013 | TEC Energy LLC | 6,910 |
| 5 | 8/20/2013 | Gulfstream Legal Group LLC | 3,898 |
| 5 | 8/23/2013 | Susman Godfrey LLP | 100,000 |
| 5 | 8/27/2013 | UHY Advisors FLVS Inc. | 16,845 |
| 5 | 8/30/2013 | Susman Godfrey LLP | 48 |
| 5 | 9/9/2013 | Brazil & Company | 643 |
| 5 | 9/13/2013 | Brazil & Company | 766 |
| 5 | 9/17/2013 | Susman Godfrey LLP | 100,000 |
| 5 | 9/24/2013 | Brazil & Company | 1,183 |
| 5 | 9/24/2013 | Brazil & Company | 621 |
| 5 | 10/9/2013 | McCurley Orsinger McCurley | 20,000 |
| 5 | 10/16/2013 | UHY Advisors FLVS Inc. | 23,223 |
| 5 | 10/16/2913 | Susman Godfrey LLP | 253 |
| 5 | 10/21/2013 | Susman Godfrey LLP | 100,000 |
| 5 | 10/25/2013 | Fullenweider Wilhite PC | 170,146 |
| 5 | 10/25/2013 | Fullenweider Wilhite PC | 85,000 |
| 5 | 10/30/2013 | Susman Godfrey LLP | 109 |
| 5 | 11/1/2013 | Zimmerman Axelrad Meyer | 920 |
| 5 | 11/5/2013 | UHY Advisors FLVS Inc. | 9,478 |
| 5 | 11/5/2013 | Gulfstream Legal Group LLC | 2,905 |
| 5 | 11/5/2013 | UHY Advisors FLVS Inc. | 11,552 |
| 5 | 11/5/2013 | Gulfstream Legal Group LLC | 568 |
| 5 | 11/5/2013 | Gulfstream Legal Group LLC | 543 |
| 5 | 11/11/2013 | Fullenweider Wilhite PC | 170,146 |
| 5 | 11/11/2013 | Fullenweider Wilhite PC | 85,000 |
| 5 | 11/12/2013 | Gulfstream Legal Group LLC | 3,958 |
| 5 | 11/12/2013 | UHY Advisors FLVS Inc. | 37,624 |
| 5 | 11/12/2013 | UHY Advisors FLVS Inc. | 46,322 |
| 5 | 11/12/2013 | UHY Advisors FLVS Inc. | 76,808 |
| 5 | 11/14/2013 | Pierce & O'Neill LLP | 36,985 |
| 5 | 11/21/2013 | Susman Godfrey LLP | 100,000 |
| 5 | 11/25/2013 | David F. Hamel | 10,000 |
| 5 | 11/30/2013 | Zimmerman Axelrad Meyer | 100,000 |
| 5 | 12/4/2013 | Susman Godfrey LLP | 65 |
| 5 | 12/11/2013 | Zimmerman Axelrad Meyer | 5,830 |
| 5 | 12/11/2013 | Zimmerman Axelrad Meyer | 51,318 |
| 5 | 12/12/2013 | Fullenweider Wilhite PC | 84,695 |

| | | | |
|---|---|---|---:|
| 5 | 12/12/2013 | Gulfstream Legal Group LLC | 3,762 |
| 5 | 12/12/2013 | UHY Advisors FLVS Inc. | 11,718 |
| 5 | 12/12/2013 | UHY Advisors FLVS Inc. | 6,905 |
| 5 | 12/16/2013 | McCurley Orsinger McCurley | 3,000 |
| 5 | 12/16/2013 | McCurley Orsinger McCurley | 1,406 |
| 5 | 12/16/2013 | McCurley Orsinger McCurley | 575 |
| 5 | 12/18/2013 | Integra Realty Resources-Houston | 2,650 |
| 5 | 12/18/2013 | Integra Realty Resources-Houston | 1,975 |
| 5 | 12/18/2013 | Integra Realty Resources-Houston | 9,363 |
| 5 | 1/6/2014 | Fullenweider Wilhite PC | 184,069 |
| 5 | 1/7/2014 | Fullenweider Wilhite PC | 1,190 |
| 5 | 1/7/2014 | McCurley Orsinger McCurley | 196 |
| 5 | 1/9/2014 | Susman Godfrey LLP | 422 |
| 5 | 1/14/2014 | Gulfstream Legal Group LLC | 379 |
| 5 | 1/14/2014 | Zimmerman Axelrad Meyer | 50,907 |
| 5 | 1/23/2014 | Hollister & Grace, PC | 4,353 |
| 5 | 1/29/2014 | Charter Title Company | 162 |
| 5 | 1/30/2014 | Sherman & Howard LLC | 2,850 |
| 5 | 1/31/2014 | Aspen Appraisal Group LLC | 4,500 |
| 5 | 1/31/2014 | UHY Advisors FLVS Inc. | 7,419 |
| 5 | 1/31/2014 | Gulfstream Legal Group LLC | 3,383 |
| 5 | 2/3/2014 | Aspen Survey Engineers Inc. | 3,000 |
| 5 | 2/5/2014 | Zimmerman Axelrad Meyer | 60,626 |
| 5 | 2/10/2014 | Fullenweider Wilhite PC | 93,585 |
| 5 | 2/20/2014 | Hollister & Grace, PC | 4,642 |
| 5 | 2/25/2014 | Pierce & O'Neill LLP | 13,858 |
| 5 | 2/25/2014 | Sherman & Howard LLC | 2,423 |
| 5 | 2/28/2014 | Gulfstream Legal Group LLC | 3,383 |
| 5 | 2/28/2014 | Gulfstream Legal Group LLC | 4,276 |
| 5 | 2/28/2014 | Zimmerman Axelrad Meyer | 15,709 |
| 5 | 2/28/2014 | Zimmerman Axelrad Meyer | 1,628 |
| 5 | 3/26/2014 | Sherman & Howard LLC | 3,211 |
| 5 | 3/28/2014 | Hollister & Grace, PC | 703 |
| 5 | 3/31/2014 | Zimmerman Axelrad Meyer | 9,521 |
| 5 | 3/31/2014 | Zimmerman Axelrad Meyer | 21,133 |
| 5 | 4/23/2014 | Sherman & Howard LLC | 895 |
| 5 | 5/29/2014 | Sherman & Howard LLC | 115 |
| 5 | 7/1/2014 | Fullenweider Wilhite PC | 151,103 |
| 5 | 7/31/2014 | Fullenweider Wilhite PC | 1,165 |
| 5 | 1/30/2014 | Fidelity National Title Co | 3,955 |
| | | | 2,325,818 |