# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, et al.,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No. 15-31858-hdh-11 |
| _____ | § | |
| | § | |
| JASON R. SEARCY, solely in his capacity as Trustee of the Exempt Assets Trust, | § | Adv. No. 16-03062-hdh |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SCOTT Y. WOOD, an individual, | § | |
| | § | |
| Defendants. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE ADVERSARY PROCEEDING

COMES NOW Jason R. Searcy, Trustee, as Trustee of the Exempt Assets Trust (the "Trustee) and files this Motion to Dismiss Without Prejudice Adversary Proceeding (the "Motion"), and show as follows:

1. Trustee desires that this action be dismissed without prejudice in accordance with the settlement agreement approved by the court resolving the claims brought by Trustee.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that an order dismissing this adversary proceeding without prejudice be entered.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309.

Dated October 19, 2017.

*/s/ Joshua P. Searcy*
Jason R. Searcy
Joshua P. Searcy
SEARCY & SEARCY P.C.
446 Forest Square
P.O. Box 3929
Longview, TX 75606
Telephone:  (903) 757-3399
Facsimile:   (903) 757-9559
Email:  joshsearcy@jrsearcylaw.com

*Counsel to the Trustee of the Exempt Assets Trust*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon parties receiving electronic notices in the above case pursuant to the Court's CM/ECF system in the above case on October 19, 2017.

*/s/ Joshua P. Searcy*
Joshua P. Searcy