**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, et al.,[1] | § | Agreedly Administered |
| | § | |
| Debtors. | § | Case No. 15-31858-hdh-11 |
| | § | |
| | § | |
| JASON R. SEARCY, solely in his | § | Adv. No. 16-03062-hdh |
| capacity as Trustee of the Exempt Assets | § | |
| Trust, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SCOTT Y. WOOD, an individual, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE ADVERSARY PROCEEDING**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309.

On this day came on to be considered the Motion to Dismiss Without Prejudice Adversary Proceeding (the "Motion") filed by Jason R. Searcy, Trustee, as Trustee of the Exempt Assets Trust (the "Trustee).

It appearing that all matters in dispute between the Trustee and Defendant, Scott Y. Wood, have been resolved, the Court finds the Motion should be GRANTED. It is therefore

ORDERED, ADJUDGED AND DECREED that the above styled and numbered adversary proceeding against Scott Y. Wood is DISMISSED without prejudice.

###END OF ORDER###